Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIYING LAN, | NO. C22-00090-LK |
| Plaintiffs, | STIPULATION AND ORDER TO STAY ACTION |
| v. | |
| ALEJANDRO MAYORKAS, *et. al.*, | |
| Defendants. | |

**Stipulation**

The parties have conferred and stipulate and agree as follows. In light of ongoing adjudication of Plaintiffs' applications, the results of which may render these proceedings moot or at least have a relevant impact upon these proceedings, the parties jointly request a stay of this action for an initial period ending on May 27, 2022. During the period of the initial stay it is contemplated that Plaintiffs will be interviewed in connection with their applications. Prior to expiration of the initial stay, the parties will confer and promptly propose to the Court a requested extension of the stay, if warranted.

STIPULATION AND ORDER TO STAY ACTION
No. C22-00090-LK- 1

Respectfully submitted and presented this 4th day of April, 2022.

| | |
|---|---|
| */s/Cletus M. Weber*<br>CLETUS M. WEBER, WSBA # 19590<br>Peng & Weber, PLLC<br>3035 Island Crest Way, Suite 200<br>Mercer Island, WA 98040<br>Phone:  206-382-1962<br>Fax:  206-382-0245<br>E-mail: weber@greencardlawyers.com<br><br>*Attorney for Plaintiffs* | NICHOLAS W. BROWN<br>United States Attorney<br><br>*/s/ Patricia D. Gugin*<br>PATRICIA D. GUGIN, WSBA #43458<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:  253-428-3832<br>Fax:    253-428-3836<br>E-mail:  pat.gugin@usdoj.gov<br><br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

Dated this 5th day of April, 2022.

*Lauren King*

LAUREN KING
United States District Judge

Presented by:

*/s/ Cletus M. Weber*
CLETUS M. WEBER, WSBA # 19590
Peng & Weber, PLLC
3035 Island Crest Way, Suite 200
Mercer Island, WA 98040
Phone:  206-382-1962
Fax:  206-382-0245
E-mail: weber@greencardlawyers.com

*Attorney for Plaintiffs*


NICHOLAS W. BROWN
United States Attorney

*/s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3832
Fax:      253-428-3836
E-mail: pat.gugin@usdoj.gov

*Attorneys for Defendants*

STIPULATION AND ORDER TO STAY ACTION
No. C22-00090-LK- 3